UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RAMIRO TRUJILLO HERNANDEZ,

        Petitioner,

    v.

WARDEN, ET AL.,

        Respondents.

No. 1:25-cv-01711 WBS SCR

ORDER

----oo0oo----

Petitioner Ramiro Trujillo Hernandez has filed a motion for temporary restraining order. (Docket No. 21.) Respondents SHALL file any opposition to petitioner's motion on or before 5:00 p.m. Pacific Standard Time on **April 2, 2026.**

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: March 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1