UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RAMIRO TRUJILLO HERNANDEZ,

            Petitioner,

    v.

WARDEN, ET AL.,

            Respondents.

No. 1:25-cv-01711-WBS-SCR

ORDER

----oo0oo----

Before the court is petitioner Ramiro Trujillo Hernandez's pro se motion for temporary restraining order. (Docket No. 21). Petitioner's motion for temporary restraining order advances the same claims the court rejected today in its order denying his petition for habeas corpus. (See Docket No. 26.) Accordingly, for the reasons stated in its order denying petitioner's petition for habeas corpus, the court will deny petitioner's motion for temporary restraining order as moot.

IT IS THEREFORE ORDERED that petitioner's motion for

1

temporary restraining order (Docket No. 21) be, and the same hereby is, DENIED.

Dated: April 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE