UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAMIRO TRUJILLO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>        Defendants. | No. 1:25-cv-1711 WBS SCR<br><br><br>ORDER RELATING CASES |
| RAMIRO TRUJILLO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>        Defendants. | No. 1:26-cv-2752 MWJS |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because

1

they involve the same parties, are based on the same or similar claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Ramiro Trujillo Hernandez v. Warden of the Golden State Annex Detention Facility, et al., Case No. 1:25-cv-1711 WBS SCR, and Ramiro Trujillo Hernandez v. Warden of the Golden State Annex Detention Facility, et al., Case No. 1:26-cv-2752 MWJS, be, and the same hereby are, deemed related. The case denominated Ramiro Trujillo Hernandez v. Warden of the Golden State Annex Detention Facility, et al., Case No. 1:26-cv-2752 MWJS, shall be reassigned to Judge WILLIAM B. SHUBB and Judge SEAN C. RIORDAN. Henceforth, the captions on documents filed in the reassigned case shall be shown as Ramiro Trujillo Hernandez v. Warden of the Golden State Annex Detention Facility, et al., Case No. 1:26-cv-2752 WBS SCR.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  April 22, 2026

William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2