UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RAMIRO TRUJILLO HERNANDEZ,

           Petitioner,

    v.

WARDEN, ET AL.,

          Respondents.

Nos. 1:25-cv-01711-WBS-SCR

1:26-cv-02752-WBS-SCR
(Related Cases)

MEMORANDUM AND ORDER

----oo0oo----

      Petitioner Ramiro Trujillo Hernandez has filed a motion to enforce judgment and to request a bond hearing. (See Docket No. 34.) In this motion, citing cases exclusively from outside this Circuit, petitioner asks this court to enforce the writ of habeas corpus it allegedly granted by providing him with a bond hearing before this court, or, alternatively, ordering his immediate release from detention. For at least three reasons, petitioner's motion must be denied.

1

First, there is no judgment in favor of petitioner to enforce because, contrary to his representation, this court denied petitioner's petition for habeas corpus on April 2, 2026. (See Docket Nos. 26, 28.)

Second, as this court has previously explained to petitioner, federal courts lack jurisdiction to order bond hearings in habeas corpus proceedings.  Hernandez v. Warden, No. 1:25-cv-1711 WBS SCR, 2026 WL 905100, at *2 n.2 (E.D. Cal. Apr. 2, 2026); see also Singh, v. Warden, et al., No. 1:26-cv-0023 WBS AC, 2026 WL 1025611, at *1 (E.D. Cal. Apr. 15, 2026) (collecting cases explaining the same).

Third, because petitioner has appealed this court's denial of his petition for habeas corpus to the Ninth Circuit (see Docket Nos. 29, 30, 31), this court has no jurisdiction to hear his petition.  See United States v. Sadler, 480 F.3d 932, 941 (9th Cir. 2007) ("[o]nce a notice of appeal is filed, the district court loses jurisdiction over a case").  This rule exists to prevent the absurdity petitioner has attempted to create by requesting this court to enforce a judgment that he, himself, is currently appealing.

IT IS THEREFORE ORDERED that petitioner's motion to enforce judgment and to request a bond hearing (Docket No. 34) be, and the same hereby is, DENIED.

Dated:  April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2